**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| CHARMAINE WHEAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-212 |
| | ) | |
| DARREL FANNIN TRUCKING, | ) | |
| LLC; PROGRESSIVE PREMIERE | ) | |
| INSURANCECOMPANY OF | ) | |
| ILLINOIS; JEFF A.BARKER; and | ) | |
| JOHN DOES 2-5; | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Charmaine Wheat filed her Complaint in the State Court of Chatham County, Georgia, related to a collision with a tractor-trailer. *See generally* doc. 1-1 at 3-12. Defendant Progressive Premiere Insurance Company of Illinois filed an Answer in the State Court of Chatham County on August 29, 2025. *See* doc. 9-1. Defendant ACE Property and Casualty Insurance Company[1] removed the case to the United States District Court for the Northern District of Georgia on September 5, 2025. Doc. 1. That Court transferred it to this District on

---

[1] Defendant ACE Property and Casualty Insurance Company has since been dismissed. Doc. 33.

1

September 12, 2025.  Doc. 3.  Defendant Darrel Fannin Trucking LLC filed its Answer on October 27, 2025.  Doc. 14.  Plaintiff filed her Amended Complaint on December 2, 2025.  Doc. 19.  Defendants have filed their Answers to the Amended Complaint.  *See* docs. 24, 25, 26, & 31.  The last Answer was filed on February 2, 2026.  Doc. 31.  The parties have not filed their Federal Rule of Civil Procedure 26(f) Report.  *See generally* docket.

The Local Rules of this Court require a Rule 26(f) conference in a removed case to be held "within 21 days of the date of filing of the notice of removal or within 21 days of filing of the last answer of the defendants, whichever is later but in no event later than 45 days after the first appearance by answer or motion under Fed. R. Civ. P. 12 of a defendant named in the original complaint."  S.D. Ga. L. Civ. R. 26.1(e); *see also* doc. 7 at 1.  A report of the conference is to be filed within 14 days thereafter. Fed. R. Civ. P. 26(f)(2); *see also* S.D. Ga. L. Civ. R. 26.1(b); doc. 7 at 2-3. More than 21 days have elapsed since the case was removed and transferred to this Court, more than 21 days have elapsed since the last Answer was filed, and more than 45 days have elapsed since the first

Answer was filed.  Therefore, under *any* of the possible deadlines, the parties have failed to timely confer and file their Rule 26(f) Report.

The parties are **DIRECTED** to conduct a Rule 26(f) conference within 14 days of this Order.  A Rule 26(f) Report must be submitted to the Court within 14 days of the conference.  The Report should conform to the language and format of the Form Rule 26(f) Report for use in Chief Judge Baker's cases.  The parties are further **DIRECTED** to **SHOW CAUSE** within their Rule 26(f) Report why they did not comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Order.

**SO ORDERED**, this 20th day of April, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3