**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

CHARMAINE WHEAT,

      Plaintiff,

      v.

DARREL FANNIN TRUCKING LLC, et al.,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-212

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 21, 2026, Report and Recommendation, (doc. 41), to which no party has objected. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 41). Defendant Jeff. A. Barker is **DISMISSED** pursuant to Federal Rule of Civil Procedure 25(a). The Clerk is **DIRECTED** to update the docket accordingly.

**SO ORDERED**, this 15th day of July, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA